IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANIEL RAY GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF CHRISTOPHER FORBIS, *et al.*, <br><br> Defendants. | 2:24-CV-3-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge (ECF No. 6) to dismiss the Amended Complaint pursuant to 42 U.S.C. Section 1983 filed by Plaintiff. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** without prejudice.

**SO ORDERED**.

April 17, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE